830

**Luvenia Phillips SPATES**

v.

**STATE**

**CR-14-0023**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed

**Travis Tyrec MARSHALL**

v.

**STATE**

**CR-14-0025**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Norman Carroll BAKER**

v.

**STATE**

**CR-14-0030**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Brandon Scott COUCH**

v.

**STATE**

**CR-14-0033**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Larry Donovan MIMS**

v.

**STATE**

**CR-14-0038**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed